# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

**RUFUS JAMES HAMPTON III #329245**  **CASE NO. 5:25-CV-00963 SEC P**

**VERSUS**  **JUDGE TERRY A. DOUGHTY**

**MICHELLE DAUZAT**  **MAGISTRATE JUDGE HORNSBY**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 7] previously filed herein, after an independent review of the record, noting the lack of written objections filed by Petitioner, and determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **and DECREED** that Petitioner's petition [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 10th day of December 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE